■ HARRY TOPP, Appellant, v. CASCO PRODUCTS CORP., Respondent.— Motion by respondent for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court properly made? Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ DONALD S. TRACY, Appellant, v. A. B. C. CAB CORP. et al., Defendants, and NICKEL CAB CORP., Respondent.— Motion by appellant for reargument and for other relief referred to the court that rendered the decision. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur. Motion denied, with $10 costs. Respondent's time to answer is extended until 10 days after entry of the order hereon. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.